**Order entered September 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00041-CR

**EDGAR JUVENTION BARRIENTOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80994-07**

## ORDER

The Court **DENIES** appellant's motion for interlocutory.

We **ORDER** the Clerk of the Court to send a copy of this order to Edgar Juvention

Barrientos, TDCJ No. 1907591, Boyd Unit, 200 Spur 113, Teague, Texas, 75860-2007.


/s/    ADA BROWN
        JUSTICE